```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
     -v.-                            :
                                    :
KIAN GOHARI,                         :    16-cr-246-03 (JSR)
                                    :
               Defendant.            :    ORDER
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated by the Court during the hearing held October 21, 2016, see Transcript, the testimony of expert Ronald G. Quintero will be limited in the following respects:

First, with respect to "Observation #1," Quintero may testify to the amounts (in dollar and percentage terms) of AFAM's aggregate sales and sales to the alleged co-conspirators, but may not opine on whether any particular amounts were "material" or the like.

Second, with respect to "Observation #2," Quintero may testify to the amounts (in dollar and percentage terms) of AFAM sales to the alleged co-conspirators funded by all payor sources, but may not opine on whether any particulars amounts were "material" or the like.

Third, with respect to "Observation #3," Quintero may testify to the economic benefit (in dollar and percentage terms) that defendant Gohari received from sales to the alleged co-conspirators, but may not opine on whether such benefit was "significant" or the like.

Fourth, with respect to "Observation #4," Quintero may testify (in dollar and percentage terms) to the volume of sales and prescriptions funded by Medicaid that were dispensed by AFAM to the alleged co-conspirators, but may not opine on whether such volumes were "unusual" or the like.

<u>Fifth</u>, "Observation #5" may not be the subject of testimony.

<u>Sixth</u>, testimony will be permitted on the remaining "Observations #6-9."

SO ORDERED.

Dated:   New York, NY
         October 23, 2016                    JED S. RAKOFF, U.S.D.J.